UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In-person Conference (re: value, mode of partition and
distribution) Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 18, 2003

3:00 p.m.

*Held*

*.30 mins*

CASE NO. **3:03cv352 (GLG)**    **Richard E. Cummings v Sharon Hale**

Sharon Hale
984 Racebrook Road
Woodbridge, CT 06525


Christopher G. Winans
Sullivan, Biraglia & Winans
24 Shelter Rock Rd.
Danbury, CT 06810


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK