UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 9, 2004

1:00 p.m.

*Held*

*30 mins*

CASE NO. **3:03cv352 (GLG)**    **Cummings vs. Hale**

Sharon Hale
984 Racebrook Road
Woodbridge, CT 06525


Christopher G. Winans
Burrell & Winans
Plaza West
100 Mill Plain Road
4th Floor
Danbury, CT 06811


\* MR. WINAN'S OFFICE SHALL INITIATE THE CONFERENCE CALL TO

JUDGE GARFINKEL.

   THANKS.

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK