UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Telephonic Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 17, 2004

2:00 p.m.

*Held — 30 mins*

CASE NO. **3:03cv352 (GLG)**   **Cummings vs. Hale**

**Sharon Hale**
**984 Racebrook Road**
**Woodbridge, CT 06525**

**Christopher G. Winans**
**Burrell & Winans**
**Plaza West**
**100 Mill Plain Road**
**4th Floor**
**Danbury, CT 06811**

* ATTORNEY WINANS SHALL INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL @ 203-579-5593.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK