

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -

SHARON HALE
    Defendant

CIVIL NO. 3:03 CV 0352 GLG

FEBRUARY 27, 2004

------------------------------------------------------------X

## MOTION FOR PARTITION BY SALE

The Plaintiff, RICHARD E. CUMMING, moves for a partition by sale.

This Court previously granted the Plaintiff's Motion for Summary Judgment as to liability (September 5, 2003, Doc. #19). It then referred the matter to Magistrate Judge Garfinkle for a conference "on value, the mode of partition and distribution." (September 4, 2003, Doc #23). Judge Garfinkle held two conferences on those issues. Unfortunately, no accord was reached.

As such, the Plaintiff now moves that a hearing date be set on its motion for partition by sale.

THE PLAINTIFF,

By_____
Christopher G. Winans, for
100 Mill Plain Road
PO Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed February 27, 2004 via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By_____/s/_____
Christopher G. Winans