UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD E. CUMMING
    PLAINTIFF

V.

SHARON McCARTHY HALE
    DEFENDANT

CIVIL ACTION NO.
303CV0352 GLG

March 5, 2004

**MOTION FOR PARTITION BY KIND**

    The Defendant, Sharon McCarthy Hale, moves for Partition by Kind.

    This Court previously granted the Plantiff's Motion for Summary Judgment as to liability (September 5, 2003, Doc. #19). It then referred the matter to Magistrate Judge Garfinkel for a conference "on value, the mode of partition and distribution." (September, 2003, Doc. #23). Judge Garfinkel held two conferences on those issues. Defendent complied with Judge Garfinklel's requests. However, due to the Plaintiffs inability to cooperate or make reasonable efforts to reach a solution, no accord was reached.

    Defendant now moves for Partition by Kind. The State has long favored Partition in Kind or physical division over Partition by Sale. Giulietti v. Giulietti ,784 A.2d 905 (Conn.App. 2001). In cases where the State has decided in favor of Partition by Sale, proponents of Partition by Sale over Partiton in Kind must demonstrate that two conditions are satisfied, namely, that physical attributes of land are such that a Partition in Kind is impractical, and that interests of owners would be better promoted by a Partition by Sale. Borzenski v. Estate of Stakum, 489 A. 2d 341 (Conn. 1985). In the matter at hand, Partition by Sale is clearly not in the interests of the Defendant. Moreover, Plantiff has not shown that Partition in Kind is impractical. As such, Defendant moves for Partition by Kind with adjustment by accounting (see 7 R. Powell Real Property (1977) 607 (3).

*Sharon McCarthy Hale*
Pro Se
984 Racebrook Rd.
Woodbridge, Ct. 06525
(203) 795-9335

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed March 5, 2004 via first class mail to counsel of record as follows:

Christopher Winans

100 Mill Plain Road

P.O. Box 2809

Danbury, Ct. 06813-2809

Sharon Mc Carthy Hale
Pro Se
984 Racebrook Rd.
Woodbridge, Ct. 06525
(203) 795-9335