UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD E. CUMMING

        PLAINTIFF                                                              CIVIL ACTION NO.

V.                                                                        303CV0352 GLG

SHARON McCARTHY HALE

        DEFENDANT                                                   March 5, 2004

**DEFENDANT'S RESPONSE TO MOTION FOR PARTITION BY SALE**

       The Defendant, Sharon McCarthy Hale, opposes the motion of the Plaintiff, Richard Cumming, for a Partition by Sale of the real estate at 984 Racebrook Road, Woodbridge, Ct. The Defendant, Sharon McCarthy Hale, submits that progress was being made toward resolution in the conferences supervised by Magistrate Judge Garfinkel and that withdrawal by the Plaintiff is premature. Partition by Kind with adjustment by accounting (7 R. Powell, Real Property (1977) 607 (3) is a preferred solution.

       The Defendant, Sharon McCarthy Hale, opposes the mortion for Partition by Sale The real estate has already been subdivided into two parcels (land survey is in posession of the Court), and the best interests of the Defendant clearly lie with retaining the family homestead of 50 years in Woodbridge for the continued use of the surviving McCarthy daughter and future use by Mrs.Hale's sons, the McCarthy's grandchildren. Mrs.Hale has stated this on numerous occasions in her fillngs with the Court and when she has communicated with Judge Garfinkel. The State has long favored Partition by Kind or physical division over Partition by Sale. <u>Giulietti v. Giulietti ,784 A.2d 905</u> (Conn.App. 2001). In cases where the State has decided in favor of Partition by Sale, proponents of Partition by Sale over Partition on in Kind must demonstrate that two conditons are met, namely, that physical attributes of the land are such that a Partition in Kind is impractical, and that interests of BOTH owners would be better promoted by a Partition by Sale.

<u>Borzenski v. Estate of Stakum, 489 A. 2d 341</u> (Conn. 1985). In the matter at hand, Partiton by Sale is clearly not in the interests of Defendant. Moreover, Plaintiff has not shown that Partition in Kind is impractical. As such, Defendant opposes Plaintiff's motion for Partition by Sale, and moves for Partition by Kind with adjustment by accounting.

*Sharon Mc Carthy Hale*
*Pro Se*
*984 Racebrook Rd.*
*Woodbridge, Ct ·06525*
*(203) 795-9335*

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed March 5, 2004 via first class mail to counsel of record as follows:

Christopher Winans

100 Mill Plain Road

P.O. Box 2809

Danbury, Ct. 06813-2809

*Sharon Mc Carthy Hale*
*Pro Se*
*984 Racebrook Rd.*
*Woodbridge, Ct. 06525*
*(203) 795-9335*