UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X

RICHARD E. CUMMING
Plaintiff

- against -

SHARON HALE
Defendant

CIVIL NO. 3:03 CV 0352 GLG

MARCH 9, 2004

------------------------------------------------X

### OBJECTION TO DEFENDANT'S MOTION FOR PARTITION IN KIND

The Plaintiff, RICHARD E. CUMMING, objects to the Defendant's Motion for Partition in Kind.  See Plaintiff's Motion for Partition by Sale.

As an equitable remedy, a hearing is necessary to determine an appropriate remedy in this case.  The Plaintiff suggests that the Court issue a scheduling order with respect to this portion of the proceeding with a firm date for trial (as the Plaintiff resides in Texas).

THE PLAINTIFF

By_____
Christopher G. Winans, for
100 Mill Plain Road
PO Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed March 9, 2004, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By _____
                Christopher G. Winans