UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CUMMING

V.                                      3:03CV0352(GLG)

HALE

ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause, by way of written memorandum of law, no later than March 25, 2004, why this action should not be dismissed for lack of subject matter jurisdiction.

So ordered, on March 8, 2004, at Bridgeport.

William I. Garfinkel, U.S.M.J.