UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 8, 2004

2:30 p.m.

*[handwritten: Hale 2 hours]*

CASE NO. **3:03cv352 (GLG)**    **Cumming vs. Hale**

Sharon Hale
984 Racebrook Road
Woodbridge, CT 06525


Christopher G. Winans
Burrell & Winans
Plaza West
100 Mill Plain Road
4th Floor
Danbury, CT 06811


\*PARTIES ARE TO APPEAR PERSONALLY FOR THE ABOVE FOLLOW-UP
SETTLEMENT CONFERENCE WITH JUDGE GARFINKEL.

   THANKS.

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK