UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CUMMING | : | |
| v | : | Civil Case No: 3:03CV352 JBA |
| HALE | : | |

SUPPLEMENTAL
<u>NOTICE TO COUNSEL</u>

     The Court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26. Local Rule 26 provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26 further provides that, within 10 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

     **Due to the transfer of this case to the docket of Judge Janet Bond Arterton, the parties shall re-file their 26f report to reflect the current status of this case.**

     Accordingly, it is hereby ordered that the parties must file a Supplemental Form 26(f) report within **10 days** of the date of this order along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 26. Failure to comply with this order may result in dismissal of the complaint on **November 22, 2004.**

     Dated at New Haven, Connecticut, on November 10th, 2004.

                                                  KEVIN F. ROWE, Clerk

                                                By   /s/_____
                                                         Deputy Clerk