UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
RICHARD E. CUMMING
    Plaintiff

- against -                            CIVIL NO. 3:03CV 0352 GLG

SHARON HALE
    Defendant
------------------------------------------------X    NOVEMBER 16, 2004

### SUPPLEMENTAL RULE 26(f) REPORT

Per the order of the court, the parties submit their Supplemental Rule 26(f) report:

1.     This report was prepared by the parties via mail.

2 & 3. Discovery is concluded.

4.     Other items:

    Summary judgment has entered for the Plaintiff on liability.

    Magistrate Judge Garfinkel has conducted and is expected to further conduct settlement conferences regarding the disposition of a portion of the property at the heart of this partition action. The last settlement conference was held in October. The parties regularly communicate with Judge Garfinkel via email to keep him apprised of the status of the results of their negotiations.

    The Plaintiff is prepared to file his final pretrial order upon this court's order. He anticipates he will need two weeks to prepare the order. The Defendant requests

two (2) weeks to do the same.

The case should be ready for trial upon submission of the final pretrial order. Trial should take no more than two (2) days.

THE PLAINTIFF

By /s/
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
Tel.: 203.748.4888
Fax: 203.748.6510
Federal Bar No. ct02254


Sharon McCarthy Hale
Sharon Hale, Pro Se
984 Racebrook Road
Woodbridge, CT 06525
(203) 795-9335

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on November 16, 2004, via first class mail, postage prepaid, to all counsel and pro-se parties of record:

Sharon Hale, Pro Se
984 Racebrook Road
Woodbridge, CT  06525

By_____
Christopher G. Winans