UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -                                                       CIVIL NO. 3:03 CV 0352 GLG

SHARON HALE
    Defendant

                                          DECEMBER 6, 2004

----------------------------------------------------------------X

## MOTION FOR CLARIFICATION OF SCHEDULING ORDER

The Plaintiff, RICHARD E. CUMMING, moves for a clarification of the court's

December 2, 2004 scheduling order. That order provides that the parties shall

submit a *joint* trial memorandum. However, Judge Goettel already ordered that the

parties file individual trial memoranda pursuant to the Plaintiff's motion (#21-1 of

August 18, 2003). Since the earlier orders of Judge Goettel have been adopted by

this court, the Plaitniff seeks clarification as to the trial memorandum issue.

THE PLAINTIFF

By_____

    Christopher G. Winans, Esquire
    100 Mill Plain Road, 4th Floor
    Danbury, CT 06811
    (203) 748-4888
    Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed December 6, 2004, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By _____
Christopher G. Winans