**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **CUMMING** | : |
| **v.** | :   NO. 3:03cv352 (JBA) |
| **HALE** | : |

### ORDER

The parties' current scheduling order is stayed. Parties shall file their status reports by 2/14/05 [see format attached]. Motion for Clarification of Scheduling Order [doc. #41] is GRANTED. Individual Trial Memoranda will be submitted as previously ordered.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   <u>December    , 2004</u>