UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -                                             CIVIL NO. 3:03 CV 0352 JBA

SHARON HALE
    Defendant

                                      DECEMBER 21, 2004

------------------------------------------------------X

**MOTION FOR TRIAL ASSIGNMENT**

The Plaintiff, RICHARD E. CUMMING, moves that this matter be assigned for trial. The case was filed in February 2003. Summary judgment entered on liability. Trial memoranda have been filed. Since it is a privileged action for trial on two grounds (equitable relief and the Plaintiff's age), the matter should be assigned at the Court's earliest convenience. General Statutes §52-192.

                          THE PLAINTIFF

                        By_____
                           Christopher G. Winans, Esquire
                           100 Mill Plain Road, 4th Floor
                           Danbury, CT 06811
                           (203) 748-4888
                           Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed December 21, 2004, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By_____
Christopher G. Winans