UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT     NEW HAVEN
2/14          2005
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

RICHARD E. CUMMING
Plaintiff

VS

SHARON McCARTHY HALE
Defendant

CIVIL NO. 303 CV 0352 JBA

FEBRUARY 14, 2005

## STATUS REPORT

The Defendant, SHARON McCARTHY HALE, submits the following status report:

a) STATUS OF CASE: If directed by the Court, the Defendant is ready for trial; however, the mediation efforts by USMJ Garfinkel to resolve this lawsuit without trial are being productive.

PENDING MOTIONS before the COURT (copies attached):

1) PARTITION FOR FORCED SALE by Plaintiff with Response by Defendant

2) PARTITION BY PARTITION IN KIND WITH ACCOUNTING by Defendant

3) TRIAL ASSIGNMENT by Plaintiff with Response by Defendant

b) SETTLEMENT REFERRAL: The matter has been and is currently before USMJ Garfinkel for settlement negotiations.

c) TRIAL CONSENT: The Defendant will not consent to any procedure that requires waiving of right of appeal.

d) TRIAL LENGTH: One to three days dependent on issues resolved and specifically defined prior to trial.

Sharon McCarthy Hale
Pro Se
984 Racebrook Rd.
Woodbridge, Ct. 06525
(203) 795-9335

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed February 14, 2005 via first class mail to counsel of record as follows:

Christopher Winans

100 Mill Plain Road

P.O. Box 2809

Danbury, Ct. 06813-2809

Sharon McCarthy Hale
Pro Se
984 Racebrook Rd.
Woodbridge, Ct. 06525
(203) 795-9335

O