UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CUMMING**                           :

**v.**                                :        NO. 3:03cv352 (JBA)

**HALE**                              :

**ENDORSEMENT ORDER [DOCS. #28, #29, #45]**

In light of the parties' ongoing settlement discussions before Magistrate Judge William I. Garfinkel, and with their agreements, pending motions for Partition Sale, Partition by Kind and for Trial Assignment [docs. #28, 29, 45] are DENIED without prejudice to renew if settlement is not consummated by May 31, 2005.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **March 28, 2005**