UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X
:
RICHARD E. CUMMING :
    Plaintiff :
:
:
- against - : CIVIL NO. 3:03 CV 0352 JBA
:
SHARON HALE :
    Defendant :
: MAY 24, 2005
----------------------------------------------------------X

## RENEWED MOTIONS FOR PARTITION AND SALE
## AND FOR TRIAL ASSIGNMENT

The Plaintiff, RICHARD E. CUMMING, respectfully renews his prior motions #28 and #45 for an interlocutory order of partition by sale and a trial assignment. Those motions were denied without prejudice on March 28, 2005 pending ongoing settlement discussions between the parties and Magistrate Garfinkel. Despite multiple teleconferences, *since* March 28 and many more meetings, and teleconferences before that date, the parties are no closer to a settlement now than they were *over a year ago*.

As noted in the Trial Memoranda on file, summary judgment has entered on liability (Goettel, J.). All that remains is the disposition of the real property via partition sale or in-kind division, and a short trial on the pendant state claims.

The Plaintiff is appreciative of the extraordinary amount of time and effort devoted to this matter by Magistrate Garfinkel. Unfortunately for each step toward resolution the parties seem to take two steps backward. Mr. Cumming chose this court anticipating a speedy resolution to the dispute. Despite the summary judgment, the matter is now in its *twenty-seventh* month of existence. Mr. Cumming believes (and counsel concurs) that the only way to resolve this case is to try it. Further involvement by Magistrate Garfinkel, while certainly appreciated, is unlikely to result in any further progress. Indeed the tenor of recent emails between the parties and Judge Garfinkel suggests that, if anything, the parties are somewhat farther apart now than they were a year ago.

Accordingly, the Plaintiff respectfully renews his motions.

THE PLAINTIFF

By _____/s/_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, CT 06813-2809
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed May 24, 2005 via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT 06525

By _____
Christopher G. Winans