**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **CUMMING** | : |
| **v.** | :   NO. 3:03cv352 (JBA) |
| **HALE** | : |

**FINAL SCHEDULING ORDER**

1. A pre-trial conference will be held 7/27/05 at 3:00 p.m. in Chambers Room 118.

2. Bench trial will commence 8/30/05, 9:00 a.m. - 5:00 p.m.; 8/31/05, 9:00 a.m. - 3:00 p.m.; and, if necessary, on 9/2/05, 9:00 a.m. - 5:00 p.m., Courtroom Two.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **July 15, 2005**