UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -                                       CIVIL NO. 3:03 CV 0352 JBA

SHARON HALE
    Defendant

                                                       AUGUST 3, 2005

------------------------------------------------------------X

**MOTION FOR PARTITION IN KIND (II)**

The Plaintiff, RICHARD E. CUMMING, moves for partition in kind as to a portion of the property in dispute in this action, the so-called "house" parcel. An agreement exists as to the other parcel (Motion for Partition in Kind (I)).

The parties agree that the "house" parcel has a value of $423,500.00 and that an in kind partition is appropriate given the proposed disposition of the "land" parcel. All that is in dispute *is* the adjustments that need to be made to equalize the values of the two parcels.

Thus, the Plaintiff proposes to partition the house parcel now which will limit the trial issues to the valuation adjustment only, i.e. how to equalize the Plaintiff's $269,500.00 parcel as against the Defendant's $423,500.00 parcel.

Accordingly, the Plaintiff moves that:

1. An order for partition in kind issue as to the "house" parcel located at 984 Racebrook Road, Woodbridge, Connecticut (1.5 acres ±) in favor of the Defendant;

2. That the value of that parcel be fixed at $423,500 exclusive of any adjustments that the court shall make at trial to equalize the values of each party's interest.

THE PLAINTIFF

By_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed August 3, 2005, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT 06525

By_____
Christopher G. Winans