UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -                                  CIVIL NO. 3:03 CV 0352 JBA

SHARON HALE
    Defendant

                                                 AUGUST 3, 2005

------------------------------------------------------------X

**MOTION FOR PARTITION IN KIND (I)**

    The Plaintiff, RICHARD E. CUMMING, moves for partition in kind as to a portion of the property in dispute in this action. At a recent pretrial before this court, the parties agreed to a partition in kind as to the so-called "land" parcel. The agreement included a stipulation as to that parcel's value ($269,500.00) and that title to it be transferred to the Plaintiff. Although there remains a dispute (albeit a relatively minor one) as to the "house" parcel, that tract will be partitioned in kind as well. The only issue is what adjustment the court will make to "equalize" the values of the two parcels. What is clear, however, is that the land parcel may be partitioned immediately.

    Accordingly, the Plaintiff moves that:

    1.    An order for partition in kind issue as to the "land" parcel located at

984 Racebrook Road, Woodbridge, Connecticut (6.0 acres ±) in favor of the Plaintiff;

2. That the value of that parcel be fixed at $269,500.00;

3. That the Defendant be ordered to execute any documents necessary to permit the Plaintiff to market and sell that parcel.

THE PLAINTIFF

By_____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
Danbury, CT  06811
(203) 748-4888
Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed August 3, 2005, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By_____
Christopher G. Winans