UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
:
RICHARD E. CUMMING :
Plaintiff :
:
- against - : CIVIL NO. 3:03 CV 0352 JBA
:
SHARON HALE :
Defendant :
: AUGUST 11, 2005
---------------------------------------------------------------X

## MOTION FOR JUDGMENT BY STIPULATION

The Plaintiff, RICHARD E. CUMMING, and the Defendant, SHARON HALE, move that a judgment by stipulation enter as follows:

1. A judgment of partition in kind shall enter in accordance with the Plaintiff's motions for partition on file with this court (dated August 3, 2005).

2. The Plaintiff's pendent state claims shall be dismissed without prejudice.

3. A judgment of $77,000 shall enter in favor of the Plaintiff which judgment shall be secured by a judgment lien on the Defendant's real property and shall be satisfied no later than 3:00 p.m. on December 30, 2005. Payment shall be made to the Plaintiff's counsel in good

funds on or before that date. Execution of the money judgment shall be stayed until December 30, 2005. If the judgment is not paid by that date, the Plaintiff may collect the same by any lawful means.

4. The Defendant shall grant the Plaintiff an easement permitting access to the "land" parcel on or before October 15, 2005, in conjunction with the Plaintiff's subdivision of that parcel.

5. This court and/or U.S.M.J. Garfinkel shall retain jurisdiction over this file should a post-settlement (judgment) dispute arise.

SO STIPULATED:

THE PLAINTIFF

By Christopher G. Winans
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
Danbury, CT 06811
(203) 748-4888
Federal Bar No. ct02254

THE DEFENDANT

By Sharon McCarthy Hale
Sharon McCarthy Hale, Pro Se
984 Racebrook Road
Woodbridge, CT 06525

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed August 15, 2005, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

 

Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
P.O. Box 2809
Danbury, Connecticut   06813-2809
(203) 748-4888
Federal Bar No. ct02254