UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD CUMMING

    V.                                              CIVIL NO.  3:03CV352 (JBA)

SHARON HALE

## **J U D G M E N T**

      On August 16, 2005, the parties filed a motion for judgment by stipulation that judgment may enter in favor of the plaintiff Richard Cumming's and against the defendant Sharon Hale.

      On August 18, 2005, the Honorable Janet Bond Arterton, United States District Judge approved the stipulation ordering that judgment enter for the plaintiff in the amount of $77,000.00, in accordance with the terms and conditions of the stipulation.

      Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff Richard Cumming's and against the defendant Sharon Hale in the amount of $77,000.00 in accordance with the terms and conditions of the stipulation and the case is closed.

      Dated at New Haven, Connecticut this 19th day of August, 2005.

                                                                 KEVIN F.  ROWE, CLERK

                                                      By_____/s/_____
                                                           Betty J. Torday
                                                           Deputy Clerk

EOD_____