UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -                                         CIVIL NO. 3:03 CV 0352 JBA

SHARON HALE
    Defendant

                                                                          NOVEMBER 9, 2005

------------------------------------------------------------X

## CONSENT MOTION FOR RELIEF FROM JUDGMENT
## AND FOR ENTRY OF AMENDED JUDGMENT

This court previously entered judgment by consent containing two components. The first was an in-kind partition of real property; the second was a money judgment payable by December 31, 2005.

Shortly after judgment entered, the parties jointly discovered that there were zoning issues that prevented the partition that had been agreed upon. This necessitated a re-survey, the drafting of a new map and the re-drafting of deeds, again all by consent. Those issues are now resolved, and the new documents attached as exhibits herein.

The parties now move for relief from the original judgment pursuant to FRCP 60(b)(6) and that an amended judgment enter reflecting the newly drawn parcels

and extending the money judgment payment date to January 31, 2006.

This motion is filed with the express consent and approval of the Defendant, Sharon Hale.

> THE PLAINTIFF
>
> Christopher G. Winans, Esquire
> 100 Mill Plain Road, 4th Floor
> Danbury, CT 06811
> (203) 748-4888
> Federal Bar No. ct02254

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed November 9, 2005, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT 06525

> Christopher G. Winans, Esquire
> 100 Mill Plain Road, 4th Floor
> Danbury, CT 06811
> (203) 748-4888
> Federal Bar No. ct02254