UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

RICHARD E. CUMMING
    Plaintiff

- against -       CIVIL NO. 3:03 CV 0352 JBA

SHARON HALE
    Defendant

NOVEMBER 10, 2005

-----------------------------------------------------------------X

### AMENDED CONSENT MOTION FOR RELIEF FROM JUDGMENT AND FOR ENTRY OF AMENDED JUDGMENT

This court previously entered judgment by consent containing two components. The first was an in-kind partition of real property; the second was a money judgment payable by December 31, 2005.

Shortly after judgment entered, the parties jointly discovered that there were zoning issues that prevented the partition that had been agreed upon. This necessitated a re-survey, the drafting of a new map and the re-drafting of deeds, again all by consent. Those issues are now resolved. Attached as an exhibit hereto is the legal description for the newly formed Parcels A and B.

The parties now move for relief from the original judgment pursuant to FRCP 60(b)(6) and that an amended judgment enter reflecting the newly drawn parcels

and extending the money judgment payment date to January 31, 2006.

This motion is filed with the express consent and approval of the Defendant, Sharon Hale.

THE PLAINTIFF

By: _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
Danbury, CT  06811
(203) 748-4888
Federal Bar No. ct02254

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed November 10, 2005, via first class mail to all counsel of record and pro se parties as follows:

Sharon McCarthy Hale
984 Racebrook Road
Woodbridge, CT  06525

By: _____
Christopher G. Winans, Esquire
100 Mill Plain Road, 4th Floor
Danbury, CT  06811
(203) 748-4888
Federal Bar No. ct02254

Parcel A

Beginning at a point in the west street line of Racebrook Road, thence S 76d-07'-40" W 553.15' to a point, thence S 75d-32'-01" W 359.89' to a point, thence S 75d-49'-23" W 226.87' to a point, the previous 3 courses along a stone wall, thence S 75d-49'-23" W 124.60 to a point, thence S 76d-11'-27" W 17.79' to a point, thence S 75d-34'-11" W 94.30' to a point, thence S 77d-03'-25" W 44.87' to a point, thence S 75d-53'-57" W 59.71' to a corner, thence N 03d-18'-02" W 169.93' to a corner, thence N 71d-26'-29" E 516.99' to a point, thence N 71d-27'-16" E 461.77' to a point, thence N 71d-25'-46" E 37.07' to a corner, the previous 3 courses along the State of Connecticut DOT highway line, said corner being the common bound between Parcel A, Parcel B and the State of Conn. DOT Highway Line, thence S 19d-30'-10" E 192.39' to a corner, thence N 76d-09'-00" E 414.79' to a corner, said corner being the west street line of Racebrook Road and the common bound between Parcel A and Parcel B, thence S 18d-05'-37" E 51.00' to the point and place of beginning.

Said parcel contains an access easement to parcel B for a driveway.

Said parcel comprising 233,568 sf, 5.36 acres plus or minus.

Parcel B.
Beginning at a point in the west street line of Racebrook Road, said point being the common line between Parcel A and Parcel B, thence S 76d-09'-00" W (shown N E on the map) 414.79 to a corner, thence N 19d-30'-10" E (shown S E on the map) 192.39' to a corner, said corner being the common bound between Parcel A, Parcel B and the State of Conn. DOT Highway Line, thence N 71d-25'-46" E 455.47' along the Connecticut DOT Highway Line to a point, said point being in the west street line of Racebrook Road, thence S 18d-05'-37" E 226.51' to the point and place of beginning.

Said parcel B will grant to Parcel A an easement over the existing driveway for access.

Said parcel comprising 87,120 sf, 2.00 Acres.

The above parcels are more accurately shown on a map titled "Division Map, 948 Racebrook Road, Woodbridge, Ct." dated 9/28/05 scale 1" = 50' by John Paul Garcia and Assoc. P.C. and said map to be filed in the town clerk's office.