**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **CUMMING** | : |
| **v.** | :   NO. 3:03cv352 (JBA) |
| **HALE** | : |

## ENDORSEMENT ORDER & AMENDED JUDGMENT

Consent Motion for Relief from Judgment and for Entry of Amended Judgment [61] and Amended Consent Motion for Relief from Judgment and for Entry of Amended Judgment [62] are GRANTED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   November 15, 2005**